# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Scott Johnson, being first duly sworn, depose, and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is an Agent of the Montana Department of Justice, Division of Criminal Investigation, Narcotics Bureau – Region Two (MDCI-R2), assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Billings, Montana Field Office as a Federally Deputized Task Force Officer (TFO). Your Affiant has been so employed since July 2018. Prior to your Affiant's employment with MDCI-R2, your Affiant was employed as a Deputy Sheriff and Sergeant with the Musselshell County (MT) Sheriff's Office since August 2009. Your Affiant was Federally Deputized as a TFO for ATF in December 2020. Your Affiant has over seven hundred (700) hours of Montana Public Safety Officers Standards and Training (POST) certified trainings. Your Affiant currently holds his basic, intermediate, advanced, supervisory, and instructor certificates from the Montana POST council. Your Affiant graduated from the Montana Law Enforcement Academy in June 2010. Your Affiant is involved in the investigation of a suspected violation of Federal law by Kristofer Mikal WRIGHT, who committed the violation of

Felon in Possession of a Firearm.

## II.   DESCRIPTION

2. This Affidavit is submitted in support of a Criminal Complaint requested for Kristofer Mikal WRIGHT, charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by your Affiant's own observations and experience as an ATF Task Force Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation.  This Affidavit does not purport to contain all the facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## III.   PROBABLE CAUSE

3. On March 20, 2024, TFO Johnson assisted MDCI-R2 with the locating and apprehension of WRIGHT, as well as the execution of multiple search warrants. WRIGHT was suspected to be involved in a controlled substances distribution conspiracy in Billings, Yellowstone County, Montana. WRIGHT was and is under the supervision of Wyoming Probation and Parole for felony criminal convictions. WRIGHT has also

previously been federally convicted of Possession of Methamphetamine with Intent to Distribute and Felon in Possession of a Firearm, on August 26, 2016 (CR 14-112-BLG-SPW), prohibiting WRIGHT from possessing firearms.

4. During the March 20, 2024, investigation, WRIGHT had an active warrant for his arrest for violating conditions of his probation out of Wyoming. MDCI-R2 and the United States Marshals Service (USMS) located WRIGHT and his vehicle, a black 2007 Jeep Grand Cherokee (WY: 11-38131) at a storage unit outside of Billings. WRIGHT was arrested without incident and multiple search warrants were sought and obtained for WRIGHT's residence, vehicle, and storage unit. Law enforcement ultimately located five (5) firearms, approximately one-point-five (1.5) ounces of methamphetamine (later confirmed by the US DEA Laboratory), and approximately two thousand eight hundred dollars ($2800.00) in US Currency. Two (2) of the firearms, pistols, were located in WRIGHT's vehicle along with the methamphetamine and US Currency. The two (2) pistols were later determined to be stolen.

5. WRIGHT was booked into the detention facility on his Wyoming charges and TFO Johnson began preparing an investigation for consideration of

federal prosecution against WRIGHT for possessing firearms as a convicted felon and conspiracy to distribute controlled substances.

6. On June 4, 2024, TFO Johnson was contacted by MDCI-R2 Agent Adam Miller. Agent Miller relayed that WRIGHT had been mistakenly released from custody shortly after his March 20, 2024, arrest. Due to the recently discovered error, Wyoming Probation and Parole requested and received another warrant for WRIGHT's arrest.

7. Agent Miller informed TFO Johnson that on May 31, 2024, law enforcement observed WRIGHT at a Billings hotel that is known for frequent drug activity. Law enforcement witnessed an encounter between WRIGHT and another party which appeared to be a drug transaction. WRIGHT appeared to be alone, in the same 2007 black Jeep Grand Cherokee, only now with a new license plate (MT: 3-62780E).

8. Law enforcement alerted Agent Miller and the USMS of their observations and multiple agencies collaborated to take WRIGHT back into custody. Law enforcement followed WRIGHT to a residence located at 145 Custer Avenue, Billings, Montana, where WRIGHT parked the Jeep on the street behind an apparently disabled vehicle, and then entered that residence.

9. WRIGHT then exited the residence and returned to the driver's seat of the Jeep. Due to WRIGHT's previous criminal history and being known to

possess firearms, law enforcement attempted to pin WRIGHT's vehicle to contain and arrest him. USMS, in vehicles with activated emergency lights, along with other marked patrol units, parked behind and to the driver's side of WRIGHT's vehicle and gave verbal commands for WRIGHT to exit the vehicle. WRIGHT disobeyed commands, activated the ignition, and rammed the disabled vehicle in front of him in an apparent attempt to flee. In WRIGHT's attempt to flee, he also struck the vehicles of the USMS.

10. Law enforcement deployed a less-lethal beanbag round into WRIGHT's vehicle in an attempt to get him to surrender. WRIGHT initially did not comply with commands, but after multiple more bean-bag deployments, WRIGHT was eventually taken into custody. WRIGHT's vehicle was towed and secured at the MDCI-R2 Impound Garage.

11. On June 3, 2024, Agent Miller applied for and was issued a warrant to search WRIGHT's vehicle. During the search of WRIGHT's vehicle, law enforcement located two (2), firearms, approximately two hundred fifty (250) grams of suspected methamphetamine, approximately one thousand (1000) suspected fentanyl pills, and approximately seven thousand dollars ($7000.00) in US Currency. One (1) firearm was a pistol found loaded within reach of WRIGHT when he was arrested.

12. On June 4, 2024, TFO Johnson reviewed photographs of the firearms recovered from WRIGHT's vehicle. It was determined that both firearms were manufactured outside of the State of Montana, and therefore had traveled in, or affected, interstate commerce.

## IV.   CONCLUSION

13. Based on my training and experience, and the foregoing facts, I believe there is probable cause that Kristofer Mikal WRIGHT violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm. This offense occurred on May 31, 2023, in Yellowstone County, in the State and District of Montana.

14. I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____          06/05/2024
Scott Johnson                                           Date
ATF Task Force Officer


SUBSCRIBED TO AND SWORN BEFORE ME THIS 5th day of June, 2024.

_____
Honorable Judge Timothy J. Cavan
United States Magistrate Judge
District of Montana