THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTOFER MIKAL WRIGHT, <br><br> Defendant. | MJ 24-81-BLG-TJC <br><br><br> **MOTION FOR WRIT OF HABEAS CORPUS (AD PROSEQUENDUM)** |

The United States of America, represented by Thomas K. Godfrey, Assistant United States Attorney for the District of Montana, petitions the Court to issue a Writ of Habeas Corpus directing the Sheriff of Yellowstone County and Craig J. Anderson, United States Marshal for the District of Montana, to bring **Kristofer Mikal Wright**, before the Court at the following time and place:

1

TIME/DATE:		June 11, 2024, at 2:00 p.m.

PLACE:			James F. Battin U.S. Courthouse
			2601 Second Avenue North
			Billings, MT 59101

The presence of **Kristofer Mikal Wright** is needed to permit him to answer to the complaint charging him with the following: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

On June 5, 2024, the indictment was filed.  A warrant for **Kristofer Mikal Wright** appearance was filed by the Court on June 5, 2024. **Kristofer Mikal Wright** is presently confined at the Yellowstone County Detention Center in Billings, Montana and therefore cannot appear before this Court unless this Writ is issued.

DATED this 5th day of June, 2024.

			JESSE A. LASLOVICH
			United States Attorney


			*/s/ Thomas K. Godfrey*
			THOMAS K. GODFREY
			Assistant U.S. Attorney